# UNITED STATES PROBATION OFFICE
### EASTERN DISTRICT OF NORTH CAROLINA

Van Freeman
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8663
Fax: 919-861-5555

**DATE:** March 25, 2024

**FROM:** Cierra M. Wallace
U.S. Probation Officer

**SUBJECT:** MOODY, Anthony Tyrone
Case No.: 2:16-CR-7-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On August 9, 2016, Anthony Tyrone Moody was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 846, 21 U.S.C. § 841(b)(l)(A), and was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, in the Eastern District of North Carolina. Mr. Moody received an 84-month term of imprisonment, to be followed by a 5-year term of supervised release. He began supervision on March 3, 2021. On February 16, 2023, this case was assigned to the Honorable Terrence W. Boyle, U.S. District Judge.

Mr. Moody has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and all drug screens have been negative. Mr. Moody is also gainfully employed and has met all his monetary obligations. His term of supervision is set to expire on March 2, 2026; however, he has completed the requirements of our early termination program, including cognitive behavioral treatment, and our office is recommending early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference below:

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          3-25-24
Terrence W. Boyle                                Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 2:16-CR-7-1BO

**ANTHONY TYRONE MOODY**

On March 3, 2021, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8663
Executed On: March 25, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  25  day of  March  , 2024.

Terrence W. Boyle
U.S. District Judge